UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHERRY MARIE PFENNINGER, et al. | ) |
| Plaintiffs | ) |
| v. | ) Case No. 8:13-cv-00844-~~DKC~~ RDB |
| SURYAKANT J. PATEL, M.D., et al. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, and with defendants' consent, the plaintiffs hereby dismiss all claims against defendants Suryakant J. Patel, M.D. and Surgical Associates Chartered with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Patrick A. Malone
Patrick A. Malone (Bar No. 06752)
Alfred A. Clarke (Admitted Pro Hac Vice)
Patrick Malone & Associates, P.C.
1111 16th Street, NW
Suite 400
Washington, DC 20036
Phone: (202) 742-1500
Facsimile: (202) 742-1515
pmalone@patrickmalonelaw.com
aclarke@patrickmalonelaw.com
*Counsel for Plaintiffs*

Request Granted this 11th Day of March, 2015.

Richard D. Bennett
United States District Judge

1